536 A.2d 1322

**Herman YUDACUFSKI, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION.**

Supreme Court of Pennsylvania.

Argued Oct. 21, 1985.

Decided Nov. 7, 1985.

Reargument Denied Dec. 10, 1986.

Lewis Kates, Philadelphia, for appellant.

Andrew H. Cline, William J. Cressler, Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

334

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

HUTCHINSON, J., did not participate in the consideration or decision of this case.

LARSEN, J., dissents.